**AFFIRM; and Opinion Filed May 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00962-CR
No. 05-14-00963-CR

**ALLEN HO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-58092-J, F13-58094-J**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

A jury convicted Allen Ho of two aggravated robbery with a deadly weapon offenses. The trial court rendered judgment sentencing Ho to fifteen years' imprisonment in each case. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). On appeal, Ho's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Ho. We advised Ho of his right to file a pro se response, but he did not file a

pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140962F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLEN HO, Appellant

No. 05-14-00962-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 3 of Dallas County, Texas (Tr.Ct.No. F13-58092-J).
Opinion delivered by Justice Fillmore, Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 28, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLEN HO, Appellant

No. 05-14-00963-CR       V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F13-58094-J).
Opinion delivered by Justice Fillmore,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 28, 2015.